Decided February 16, 1995

DONALD B. GATES *v.* CITY OF HARTFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 942 (AC 13530), is denied.

*Lawrence Dressler,* in support of the petition.

*Michael E. Satti* and *Ann M. Siczewicz,* in opposition.

Decided February 16, 1995

STATE OF CONNECTICUT *v.* WILLIAM JONES

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 943 (AC 13536), is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Pamela S. Meotti,* deputy assistant state's attorney, in opposition.

Decided February 16, 1995